FILED
October 6, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY GARCIA,<br><br>    Defendant. | Case No.  2:20-MJ-00138-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NANCY GARCIA ,

Case No.  2:20-MJ-00138-CKD  Charge 21USC § 846 & 841(a)(1) , from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    __X__    (Other):   Pretrial conditions as stated on the record.

**The defendant shall be released on 10/8/20 at 9:00 am to her attorney to be transported to the treatment program.**

Issued at Sacramento, California on October 6, 2020 at 4:30 pm

By:  *Allison Claire*

U.S. Magistrate Judge, Allison Claire